# APPENDIX.

## MEMORANDUM DECISIONS.

CHARLES CAPELL, *Appellee*, v. THOMAS E. DILL *et al.*,
*Appellants*.

No. 16,561.

Appeal from Lane district court; CHARLES E. LOB-
DELL, judge. Opinion filed November 6, 1909. Motion
to dismiss denied.

*J. S. Simmons*, for the appellants.

*A. L. Ferris*, and *Wheeler & Switzer*, for the appel-
lee.

*Per Curiam:* The motion to dismiss the proceedings in error
is denied. (Civ. Code, 1909, § 754; Rule 4 of this court; *Whit-
ney v. Power Co.*, ante, p. 174.)